# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CORRIGENT CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 6:22-cv-396-ADA |

## STATUS REPORT REGARDING CISCO SYSTEMS, INC.'S MOTION TO TRANSFER

Pursuant to the Court's September 16, 2022 Standing Order Governing Proceedings (Version 4.2), Defendant Cisco Systems, Inc. ("Cisco") hereby submits this Status Report to notify the Court that Cisco's Motion to Transfer (Dkt. 39) was fully briefed and ready for resolution as of January 4, 2023.

|  |  |
|---|---|
| Dated: January 19, 2023 | By: <u>*/s/ Shaun W. Hassett, with permission by Brian Rosenthal*</u> |

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, TX  75702
Telephone:  903.597.8311
Facsimile:  903.593.0846

Brian A. Rosenthal
brosenthal@gibsondunn.com
Katherine Dominguez (pro hac vice)
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Stuart M. Rosenberg (pro hac vice)
srosenberg@gibsondunn.com
Ryan K. Iwahashi (pro hac vice)
riwahashi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Cisco Systems, Inc.*