# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Corrigent Corporation<br><br>                Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc.<br><br>               Defendant. | Civil Action No. 6:22-cv-00396-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF CORRIGENT'S FOURTH NOTICE
## REGARDING *INTER PARTES* REVIEW PROCEEDINGS

Pursuant to the Court's OGP, Section X, Plaintiff Corrigent Corporation ("Corrigent") or ("Plaintiff") hereby provides a fourth notice regarding pending *inter partes* review proceedings at the United States Patent Trial and Appeal Board ("PTAB").

On September 29, 2022, Unified Patents, LLC filed a petition for *inter partes* review of U.S. Patent No. 7,330,431, which has been assigned proceeding no. IPR2022-01514. The notice of filing date accorded was submitted on October 25, 2022. Pursuant to 37 C.F.R. § 42.107(b), Patent Owner filed its Preliminary Response on January 25, 2023. Pursuant to 37 C.F.R. § 42.108 and 35 U.S.C. § 314(b), the deadline for the PTAB to issue an Institution Decision is currently April 25, 2023. Pursuant to 37 C.F.R. § 42.100(c) and based on an Institution Decision being issued and an IPR being instituted on April 25, 2023, the deadline for a the PTAB to issue a Final Written Decision would be due on April 25, 2024.

On November 17, 2022, Cisco Systems, Inc., Dell Technologies Inc., and Dell Inc. filed a petition for *inter partes* review of U.S. Patent No. 7,113,485, which has been assigned proceeding no. IPR2023-00168. The notice of filing date accorded was submitted on January 11, 2023.

Pursuant to 37 C.F.R. § 42.107(b), the deadline for the Patent Owner Preliminary Response is April 11, 2023. Pursuant to 37 C.F.R. § 42.108 and 35 U.S.C. § 314(b), the deadline for the PTAB to issue an Institution Decision is currently July 11, 2023. Pursuant to 37 C.F.R. § 42.100(c) and based on an Institution Decision being issued and an IPR being instituted on July 11, 2023, the deadline for a the PTAB to issue a Final Written Decision would be due on July 11, 2024.

On November 17, 2022, Cisco Systems, Inc., Dell Technologies Inc., and Dell Inc. filed a petition for *inter partes* review of U.S. Patent No. 7,330,431, which has been assigned proceeding no. IPR2023-00169. The notice of filing date accorded was submitted on January 11, 2023. Pursuant to 37 C.F.R. § 42.107(b), the deadline for the Patent Owner Preliminary Response is April 11, 2023. Pursuant to 37 C.F.R. § 42.108 and 35 U.S.C. § 314(b), the deadline for the PTAB to issue an Institution Decision is currently July 11, 2023. Pursuant to 37 C.F.R. § 42.100(c) and based on an Institution Decision being issued and an IPR being instituted on July 11, 2023, the deadline for a the PTAB to issue a Final Written Decision would be due on July 11, 2024.

On December 23, 2022, Dell Technologies Inc., Dell Inc., and Cisco Systems, Inc. filed a petition for *inter partes* review of U.S. Patent No. 7,593,400, which has been assigned proceeding no. IPR2023-00370. As of the date of this filing, the notice of filing date accorded has not yet been submitted in this proceeding to trigger the deadlines for the Patent Owner Preliminary Response, the deadline for an Institution Decision, or the deadline for a Final Written Decision.

On January 10, 2023, Cisco Systems, Inc. filed a petition for *inter partes* review of U.S. Patent No. 9,118,602, which has been assigned proceeding no. IPR2023-00447. As of the date of this filing, the notice of filing date accorded has not yet been submitted in this proceeding to trigger the deadlines for the Patent Owner Preliminary Response, the deadline for an Institution Decision, or the deadline for a Final Written Decision.

On January 23, 2023, Dell Technologies Inc., Dell Inc. and Cisco Systems, Inc., filed a petition for *inter partes* review of U.S. Patent No. 6,957,369, which has been assigned proceeding no. IPR2023-00464. As of the date of this filing, the notice of filing date accorded has not yet been submitted in this proceeding to trigger the deadlines for the Patent Owner Preliminary Response, the deadline for an Institution Decision, or the deadline for a Final Written Decision.

On January 24, 2023, Arista Networks, Inc. filed a petition for *inter partes* review of U.S. Patent No. 7,330,431, which has been assigned proceeding no. IPR2023-00515. As of the date of this filing, the notice of filing date accorded has not yet been submitted in this proceeding to trigger the deadlines for the Patent Owner Preliminary Response, the deadline for an Institution Decision, or the deadline for a Final Written Decision.

Dated: February 9, 2023

Respectfully submitted,

By: */s/ James R. Nuttall*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
(903) 531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

James R. Nuttall (IL 6243585) *pro hac vice*
Robert F. Kappers (IL 6313187) *pro hac vice*
Daniel F. Gelwicks (IL 6320663) *pro hac vice*
STEPTOE & JOHNSON LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1300
E-mail: jnuttall@steptoe.com
E-mail: rkappers@steptoe.com

E-mail: dgelwicks@steptoe.com

Thomas C. Yebernetsky (DC 219497) *pro hac vice*
Christopher A. Suarez (IL 6307113) *pro hac vice*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
E-mail: tyebernetsky@steptoe.com
E-mail: csuarez@steptoe.com

Michael C. Miller (NY 2066256) *pro hac vice*
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
E-mail: mmiller@steptoe.com

*Attorneys for Plaintiff Corrigent Corporation*

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 9th day of February, 2023, with a copy of this filing via the Court's CM/ECF system.

*/s/ James R. Nuttall*
James R. Nuttall
