UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CORRIGENT CORPORATION | § § | |
| vs. | § § | NO:   WA:22-CV-00396-ADA |
| CISCO SYSTEMS, INC. | § | |

### ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Zoom on February 16, 2023 at 01:30 PM .

IT IS SO ORDERED this 12th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE