# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CORRIGENT CORPORATION | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00396-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER SETTING JURY TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, July 08, 2024 at 09:00 AM**.  All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 19th day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE