# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Corrigent Corporation<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Cisco Systems, Inc.<br><br>　　　　　　Defendant. | Civil Action No. 6:22-cv-00396-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING
## NINTH AMENDED SCHEDULING ORDER

Plaintiff Corrigent Corporation ("Plaintiff" or "Corrigent") and Defendant Cisco Systems, Inc. ("Defendant" or "Cisco") hereby jointly and respectfully submit this Stipulated Ninth Amended Scheduling Order.

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| Responsive Dispositive and Daubert briefs | 3/25/2024 | No change |
| Reply Dispositive and Daubert briefs | 4/8/2024 | No change |
| Serve Pretrial Disclosures (jury instructions, exhibits lists, and witness lists) | 4/5/2024 | No change |
| Serve objections to pretrial disclosures/rebuttal disclosures. | 4/19/2024 | No change |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | 5/6/2024 | No change |
| Serve objections to rebuttal disclosures and File Motions in limine (not to exceed 5 per side, per D.I. 73). | 4/26/2024 | No change |
| File oppositions to motions in limine. | 5/3/2024 | No change |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, and a copy of each party's motions in limine). | 5/10/2024 | No change |

1

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | 5/10/2024 | No change |
| Deadline for parties to jointly contact Court's Law Clerk to request Box link to submit unredacted copies of all pending motions and exhibits, and jointly send to chambers paper copies of the same | 5/14/2024 | No change |
| Deadline for parties to jointly email Court's Law Clerk text-editable chart listing each motion in limine | 5/14/2024 | No change |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions in limine. | 5/14/2024 | No change |
| Final Pretrial Conference. Held in person unless otherwise requested. | 5/17/2024 (Per Dkt. 130) | No change |
| Parties to exchange stamped exhibits and deposition designations | | 6/5/2024 |
| Parties to exchange objections and counters to deposition designations | | 6/12/2024 |
| Parties to exchange objections to counter deposition designations | | 6/20/2024 |
| Deadline for parties to submit an editable, digital version of exhibit lists, witness lists, deposition designations, and objections in Microsoft Word format and a copy of the exhibits in PDF to the court via email to TXWDml_LawClerks_JudgeAlbright @txwd.uscourts.gov | 6/21/2024 | No change |
| Jury Selection/Trial. | 7/8/2024 (Per Dkt. 125) | No change |

| | |
|---|---|
| Dated: March 12, 2024 | Respectfully submitted, |
| By: /s/ Brian A. Rosenthal (with permission) | By: /s/ James R. Nuttall |
| Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Shaun W. Hassett<br>State Bar No. 24074372<br>shaunhassett@potterminton.com<br>POTTER MINTON, P.C.<br>102 N. College Ave., Suite 900<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>Brian A. Rosenthal<br>brosenthal@gibsondunn.com<br>Katherine Dominguez *(pro hac vice)*<br>kdominguez@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Stuart M. Rosenberg *(pro hac vice)*<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>*Attorneys for Defendant Cisco Systems, Inc.* | Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 418<br>Tyler, TX 75702<br>(903) 531-3535<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com<br><br>James R. Nuttall (IL 6243585)*<br>Katherine H. Tellez (IL 6303475)*<br>Robert F. Kappers (IL 6313187)*<br>Daniel F. Gelwicks (IL 6320663)*<br>STEPTOE LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>(312) 577-1300<br>E-mail: jnuttall@steptoe.com<br>E-mail: ktellez@steptoe.com<br>E-mail: rkappers@steptoe.com<br>E-mail: dgelwicks@steptoe.com<br><br>Christopher A. Suarez (IL 6307113)*<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>E-mail: csuarez@steptoe.com<br><br>Michael C. Miller (NY 2066256)*<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 506-3900<br>E-mail: mmiller@steptoe.com<br><br>* *(pro hac vice* admission)<br>*Attorneys for Plaintiff Corrigent Corporation* |