UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CORRIGENT CORPORATION | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00396-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING ZOOM PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **ZOOM PRETRIAL CONFERENCE** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Thursday, May 30, 2024 at 02:00 PM**.

IT IS SO ORDERED this 10th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE