UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| CORRIGENT CORPORATION | § § | |
| vs. | § § | NO:  WA:22-CV-00396-ADA |
| CISCO SYSTEMS, INC. | § | |

### ORDER RESETTING ZOOM PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM PRETRIAL CONFERENCE by Zoom on May 30, 2024 at 01:30 PM.

IT IS SO ORDERED this 21st day of May, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE