# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CORRIGENT CORPORATION | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00396-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING PRETRIAL CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRETRIAL CONFERENCE** in Courtroom 5, on the Sixth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, June 24, 2024 at 09:00 AM**.

    IT IS SO ORDERED this 30th day of May, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE