# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CORRIGENT CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 6:22-cv-396-ADA-DTG |

## DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF COMPLIANCE

Defendant Cisco Systems, Inc. hereby notifies the Court that, pursuant to 35 U.S.C. § 282(c), Defendant provided Plaintiff's counsel written notice of patents, publications, other prior art, and witnesses upon which Cisco may rely to establish the invalidity and the state of the art as to U.S. Patent Nos. 6,957,369, 7,133,485, 7,593,400, and 9,118,602 via electronic mail on June 7, 2024.

Dated:  June 8, 2024

Respectfully submitted,

*/s/ Shaun W. Hassett*
Michael E. Jones
State Bar No: 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Brian A. Rosenthal
brosenthal@gibsondunn.com
Katherine Dominguez *(pro hac vice)*
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP

200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Stuart M. Rosenberg *(pro hac vice)*
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA  94301
Telephone:  650.849.5300
Facsimile:  650.849.5333

*Attorneys for Defendant Cisco Systems, Inc.*

{A72/07637/0042/W1883424.1 }