IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Corrigent Corporation<br><br>              Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.<br><br>              Defendant. | Civil Action No. 6:22-cv-00396-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING AGREEMENT TO
EXTEND DEADLINE FOR AMENDED PLEADING**

      Plaintiff Corrigent Corporation ("Corrigent" or "Plaintiff") and Defendant Cisco Systems, Inc. ("Cisco" or "Defendant"), (collectively "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines.

      During the pretrial conference held on June 24, 2024, the Court granted Plaintiff's Motion for Leave to Amend the pleadings regarding the '369 and '485 patents and indicated that the amended pleading should be submitted "within two weeks," which would place the deadline on July 8, 2024. In light of the fourth of July holiday, Corrigent sought consent from Cisco for an extension of this deadline from July 8, 2024 to July 12, 2024, and Cisco agreed.

      The above extension does not change the date of any hearing, trial or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

Dated: June 27, 2024

By: /s/ *Stuart M. Rosenberg (with permission)*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, TX 75702
Telephone: 903.597.8311
Facsimile: 903.593.0846

Brian A. Rosenthal
brosenthal@gibsondunn.com
Katherine Dominguez *(pro hac vice)*
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Stuart M. Rosenberg *(pro hac vice)*
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Audrey Yang
Email: ayang@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: 214.698.3100
Facsimile: 214.571.2900


*Attorneys for Defendant Cisco Systems, Inc.*

Respectfully submitted,

By: /s/ *James R. Nuttall*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
(903) 531-3535
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

James R. Nuttall (IL 6243585)*
Robert F. Kappers (IL 6313187)*
Daniel F. Gelwicks (IL 6320663)*
Candice J. Kwark (IL 6332282)*
STEPTOE LLP
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1300
E-mail: jnuttall@steptoe.com
E-mail: rkappers@steptoe.com
E-mail: dgelwicks@steptoe.com
E-mail: ckwark@steptoe.com

Christopher A. Suarez (IL 6307113)*
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
E-mail: csuarez@steptoe.com

Michael C. Miller (NY 2066256) *
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
E-mail: mmiller@steptoe.com

Jennifer Parker Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400

Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5091
E-mail: jainsworth@wilsonlawfirm.com

*pro hac vice admission*

*Attorneys for Plaintiff Corrigent Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 27th day of June, 2024, with a copy of this document via the Court's CM/ECF system.

                                                          */s/ James R. Nuttall*
                                                          James R. Nuttall