IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Corrigent Corporation<br><br>               Plaintiff,<br><br>     v.<br><br>Cisco Systems, Inc.<br><br>               Defendant. | Civil Action No. 6:22-cv-00396-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES**

Plaintiff Corrigent Corporation ("Corrigent" or "Plaintiff") and Defendant Cisco Systems, Inc. ("Cisco" or "Defendant"), (collectively "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines.

The Parties have agreed to adjust the deadline for Plaintiff's Opposition to Defendant's Motion for Judgment on the Amended Pleadings Under Fed. R. Civ. P. 12(c) (ECF No. 302), by one week, from August 8, 2024 to August 15, 2024.

The above extension does not change the date of any hearing, trial or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial or Court event.

| | |
|---|---|
| Dated: August 2, 2024 | Respectfully submitted, |
| By: /s/ Brian A. Rosenthal | By: /s/ James R. Nuttall |
| Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Shaun W. Hassett<br>State Bar No. 24074372<br>shaunhassett@potterminton.com<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, TX 75702<br>Telephone: 903.597.8311<br>Facsimile: 903.593.0846<br><br>Brian A. Rosenthal<br>brosenthal@gibsondunn.com<br>Katherine Dominguez *(pro hac vice)*<br>kdominguez@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Stuart M. Rosenberg *(pro hac vice)*<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Audrey Yang<br>Email: ayang@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Ave., Suite 2100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>*Attorneys for Defendant Cisco Systems, Inc.* | Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 418<br>Tyler, TX 75702<br>(903) 531-3535<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com<br><br>James R. Nuttall (IL 6243585)*<br>Robert F. Kappers (IL 6313187)*<br>Daniel F. Gelwicks (IL 6320663)*<br>Candice J. Kwark (IL 6332282)*<br>STEPTOE LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>(312) 577-1300<br>E-mail: jnuttall@steptoe.com<br>E-mail: rkappers@steptoe.com<br>E-mail: dgelwicks@steptoe.com<br>E-mail: ckwark@steptoe.com<br><br>Christopher A. Suarez (IL 6307113)*<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>E-mail: csuarez@steptoe.com<br><br>Michael C. Miller (NY 2066256)*<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 506-3900<br>E-mail: mmiller@steptoe.com<br><br>Jennifer Parker Ainsworth<br>TX State Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>WILSON ROBERTSON &<br>VANDEVENTER, P.C.<br>909 ESE Loop 323, Suite 400 |

Tyler, TX 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5091
E-mail: jainsworth@wilsonlawfirm.com

*pro hac vice admission*

*Attorneys for Plaintiff Corrigent Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this August 2, 2024, with a copy of this document via the Court's CM/ECF system.

                                                                      */s/ James R. Nuttall*
                                                                      James R. Nuttall