IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Corrigent Corporation<br><br>        Plaintiff,<br><br>v.<br><br>Cisco Systems, Inc.<br><br>        Defendant. | Civil Action No. 6:22-cv-00396-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION REGARDING**
**TENTH AMENDED SCHEDULING ORDER**

Plaintiff Corrigent Corporation ("Plaintiff" or "Corrigent") and Defendant Cisco Systems, Inc. ("Defendant" or "Cisco") hereby jointly and respectfully submit this Stipulated Tenth Amended Scheduling Order.

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| Corrigent Revised Technical Apportionment and/or Damages Expert Reports | August 20, 2024 | August 20, 2024 |
| Cisco Rebuttal Expert Report(s) relating to Corrigent Revised Technical Apportionment and/or Damages Expert Reports | September 16, 2024 | September 16, 2024 |
| Close of Expert Discovery | September 24, 2024 | September 24, 2024 |
| Daubert Motions relating only to Revised Technical Apportionment and/or Damages Expert Reports | September 25, 2024 | September 25, 2024 |
| Daubert Oppositions | October 4, 2024 | October 4, 2024 |
| Daubert Replies | October 9, 2024 | October 9, 2024 |
| Pretrial Conference (Per ECF No. 309) | October 15, 2024 | No change |
| Trial (Per ECF No. 310) | December 2, 2024 | No change |

1

| | |
|---|---|
| Dated: September 3, 2024 | Respectfully submitted, |
| By: */s/ Brian A. Rosenthal (with permission)* | By: */s/ James R. Nuttall* |
| Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Shaun W. Hassett<br>State Bar No. 24074372<br>shaunhassett@potterminton.com<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, TX 75702<br>Telephone: 903.597.8311<br>Facsimile: 903.593.0846<br><br>Brian A. Rosenthal<br>brosenthal@gibsondunn.com<br>Katherine Dominguez *(pro hac vice)*<br>kdominguez@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035<br><br>Stuart M. Rosenberg *(pro hac vice)*<br>srosenberg@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Audrey Yang<br>Email: ayang@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Ave., Suite 2100<br>Dallas, TX 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br><br>*Attorneys for Defendant Cisco Systems, Inc.* | Charles Ainsworth<br>State Bar No. 00783521<br>Robert Christopher Bunt<br>State Bar No. 00787165<br>PARKER, BUNT & AINSWORTH, P.C.<br>100 E. Ferguson, Suite 418<br>Tyler, TX 75702<br>(903) 531-3535<br>E-mail: charley@pbatyler.com<br>E-mail: rcbunt@pbatyler.com<br><br>James R. Nuttall (IL 6243585)*<br>Robert F. Kappers (IL 6313187)*<br>Daniel F. Gelwicks (IL 6320663)*<br>Candice J. Kwark (IL 6332282)*<br>STEPTOE LLP<br>227 West Monroe Street, Suite 4700<br>Chicago, IL 60606<br>(312) 577-1300<br>E-mail: jnuttall@steptoe.com<br>E-mail: rkappers@steptoe.com<br>E-mail: dgelwicks@steptoe.com<br>E-mail: ckwark@steptoe.com<br><br>Christopher A. Suarez (IL 6307113)*<br>STEPTOE LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>E-mail: csuarez@steptoe.com<br><br>Michael C. Miller (NY 2066256)*<br>STEPTOE LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>(212) 506-3900<br>E-mail: mmiller@steptoe.com<br><br>Jennifer Parker Ainsworth<br>TX State Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>WILSON ROBERTSON & |

VANDEVENTER, P.C.<br>
909 ESE Loop 323, Suite 400<br>
Tyler, TX 75701<br>
Telephone: (903) 509-5000<br>
Facsimile: (903) 509-5091<br>
E-mail: jainsworth@wilsonlawfirm.com

*pro hac vice admission*

*Attorneys for Plaintiff Corrigent Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 3rd day of September, 2024, with a copy of this document via the Court's CM/ECF system.

/s/ *James R. Nuttall*
James R. Nuttall