IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CORRIGENT CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 6:22-cv-396-ADA<br><br>**JURY TRIAL DEMANDED** |

# **FINAL JUDGMENT**

This action came before the Court for a jury trial commencing on January 13, 2025, between Plaintiff Corrigent Corporation ("Corrigent") and Defendant Cisco Systems, Inc. ("Cisco"). At the close of evidence and before the case was submitted to the jury, the Court granted Cisco's motion for judgment as a matter of law that Cisco's accused products do not infringe claims 1, 15, or 22 of U.S. Patent No. 9,118,602. *See* Tr. 1131:13-1157:14.

Prior to trial, the Court granted Cisco's renewed motion for judgment on the pleadings of invalidity as to U.S. Patent No. 6,957,369 and U.S. Patent No. 7,113,485. Dkt. 333 at 2. The Court also granted Cisco's motion for summary judgment of no infringement as to U.S. Patent No. 7,593,400. Dkt. 299 at 2. Corrigent has agreed to voluntarily dismiss U.S. Patent No. 7,330,431 from this case with prejudice.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

Final judgment is entered in favor of Cisco and against Corrigent.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this judgment is **DENIED**. This case is hereby closed.

5

This **FINAL JUDGMENT** starts the time for filing an appeal.

**SO ORDERED and SIGNED this _____ day of _____, 2025.**

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICTJUDGE

5